(75 South. 688)

No. 20793.

STRAIN et al. v. BURKE et al.

(May 14, 1917.)

Appeal from Third Judicial District Court, Parish of Bienville; William O. Barnette, Judge.

Suit by W. T. Strain and others against H. B. Burke and others. From a judgment dismissing the suit, plaintiffs appeal. Affirmed.

Reynolds & Williams, of Arcadia, for appellants. Goff & Barnette, of Arcadia, R. B. Dawkins, of Ruston, and W. D. Goff, of Arcadia, for appellees Strain, Dillard, and Givens.

PROVOSTY, J. This suit was brought to set aside the bond which is being enforced in the suit of Tooke and Husband v. Burke et al., 75 South. 668, ante, p. 746, No. 21324, this day decided. For the reasons there assigned, the district court dismissed the suit.

Judgment affirmed.

SOMMERVILLE, J., takes no part.